# COMPOSITE EXHIBIT B























































